# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In re**

**FLSA Cases**

Case No. 6:08-mc-49-Orl-31GJK

_____

# ORDER

Pursuant to an Order from this Court (Doc. 1), this matter was referred to Magistrate Judge Kelly for a Report and Recommendation. Following an Order to Show Cause issued by Judge Kelly (Doc. 2), various proceedings were held, which culminated in a Report and Recommendation dated October 9, 2008 (Doc. 32). Objections to the Report and Recommendation were filed by Charles Scalise (Doc. 33) and K. E. Pantas (Doc. 34). Both objections complain about the lack of a specific time period for further compliance and contend that the disposition of future show cause orders should be subject to the discretion of the Court. On January 14, 2009, this matter was randomly assigned to the undersigned for further proceedings.

Upon consideration of the objections, this Court finds them to be well-founded. Accordingly, the objections to Paragraph 2, Sec. III of Judge Kelly's Report and Recommendation at page 14 are sustained. It is, therefore

**ORDERED** that:

1. The Report and Recommendation (Doc. 32) is ADOPTED and CONFIRMED, except to the extent noted above.

2. Attorneys K. E. Pantas, Carlos V. Leach and Charles L. Scalise are hereby reprimanded for their inexcusable pattern of noncompliance with the orders of this Court.

3. The Pantas Law Firm and Morgan & Morgan, P.A. shall file quarterly reports in this docket, commencing March 31, 2009, detailing their efforts to comply with the deficiencies noted by Judge Kelly in his Report.

4. This docket will remain open until further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 20, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party
Judges–Orlando Division

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE