# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In re**

**FLSA Cases**

Case No. 6:08-mc-49-Orl-31GJK

_____

## ORDER

On October 9, 2008, Magistrate Judge Kelly issued his seventeen-page Report and Recommendation regarding the extraordinary number of Orders to Show that were being issued in Fair Labor Standards Act ("FLSA") cases brought in the Middle District of Florida (Doc. 32). On January 20, 2009, this Court entered its Order confirming and adopting all but Paragraph 2, Sec. III of Judge Kelly's Report and Recommendation (Doc. 38). In adopting the Report and Recommendation, the Court reprimanded Attorneys K. E. Pantas, Carlos V. Leach and Charles L. Scalise and Ordered the Pantas Law Firm and Morgan & Morgan, P.A. to file quarterly reports in this docket, commencing March 31, 2009, detailing the efforts to remedy the deficiencies noted by Judge Kelly (Doc. 38).

To clarify any ambiguity that may have existed in the Court's prior Order (Doc. 38), it is **FURTHER ORDERED** that:

1. The quarterly reports to be filed in this docket by the Pantas Law Firm and Morgan & Morgan, P.A. shall include the issuance of any Order to Show Cause, Order Directing Compliance, or any substantially similar Order issued as result of an attorney's deficiency, oversight or incompetence.

2. The quarterly reports to be filed in this docket by the Pantas Law Firm and Morgan & Morgan, P.A. shall include any order in the preceding paragraph that is issued in any case asserting a claim under the Fair Labor Standards Act that is brought in any division of the Middle District of Florida.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 20, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party
Judges–Orlando Division

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE