UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
FLSA CASES,                               Case No.: 6:08-mc-00049-UA-GJK

_____/

## QUARTERLY REPORT

Respondent, K.E. PANTAS, and Interested Party, PANTAS LAW FIRM, P.A., by and through their undersigned counsel, hereby file this Quarterly Report in accordance with the Order entered by this Court on January 20, 2009 (Doc. 38), and state as follows:

## EFFORTS TO COMPLY

1.      The undersigned has continued to reduce the number of FLSA cases he is handling.  Other than a Yellow Page advertisement in the Tampa metropolitan area that could not be cancelled, the undersigned has not advertised for new FLSA cases and does not have any current plans to advertise for FLSA cases.[1]

2.      The undersigned has continued to closely monitor the calendaring of his cases with the controls outlined in the undersigned's initial response to the Order to Show Cause issued in this case.  (Doc. 11).  The only modification to those procedures has been the responsibility for calendaring.  Due to the reduction in cases and revenue, the

---

[1] The undersigned continues to maintain a web site.

undersigned has necessarily reduced his staff. The Firm's Senior Paralegal is now responsible for ensuring that the Orders received from the Court, as well as any other matters for the Firm's cases, are properly calendared and provides the undersigned with a report of the Firm's calendaring activity.

3. The undersigned has continued to maintain a policy of responding to the standard orders of this Court within two to three days of the date of the order. The responses filed during this quarter that were outside of the target were primarily due to the undersigned's workload during this quarter. During this quarter there were an unusual amount of cases having summary judgment motions and/or requiring trial preparation. This policy was reviewed and discussed with each staff member prior to the filing of this Quarterly Report.

4. The undersigned has continued the implementation of better claim and case evaluation techniques.

5. The undersigned also continues to have regular meetings with his staff to discuss the issues relating to this case. Prior to filing this Quarterly Report, the undersigned held a meeting with his staff to discuss this report, the policies addressed herein, and how the Pantas Law Firm, P.A., can work more efficiently and more readily comply with the Rules, Orders and other directives of this Court. The undersigned

praised his staff for their efforts to assist him and his Firm in addressing the matters at issue in these proceedings. However, the undersigned reminded his staff that the level of recent compliance was an ongoing concern and must be sustained. The undersigned discussed the two Orders detailed below and requested input from each staff member as to how the undersigned and his Firm could establish methods for avoiding such orders in the future and better communicate with the Court.

6. After the issuance of the Order directing compliance addressed in paragraph 8, *infra*, the Firm's IT Specialist installed some technical updates and conducted maintenance on the Firm's file maintenance software that appear to have resolved the issues causing the issuance of the Order.

7. The undersigned has also reviewed the circumstances leading to the issuance of the Order to Show Cause addressed in paragraph 9, *infra*. While the Order to Show Cause was ultimately vacated due to the operation of Rule 6 of the Federal Rules of Civil Procedure, the undersigned understands why it was issued – a document was not filed on or before the date the undersigned represented to the Court that it would be filed. The undersigned will be more conscientious of such matters in the future.

## **ORDERS ISSUED DIRECTED TO THE UNDERSIGNED**[2]

8.  On May 6, 2009, Chief Judge Anne C. Conway issued an Order directing compliance in *Dearwater v. Western Stone & Metal Corp.*, 6:08-cv-1884-ACC-DAB. A copy of the Order and the undersigned's response to the Order are filed herewith as Exhibits "A" and "B," respectively.

9.  On May 26, 2009, Magistrate Judge Gregory J. Kelly issued an Order to Show Cause in *Brown v. Ranieri, et al.*, 6:08-cv-918-JA-GJK, which was vacated on June 3, 2009. A copy of the Order to Show Cause, the undersigned's response to the Order to Show Cause, and the Docket reflected the Endorsed Order vacating the Order to Show Cause are filed herewith as Exhibits "C," "D" and "E," respectively.

        Respectfully submitted,

Dated: June 30, 2009.

*/s/ K.E. Pantas*
K.E. PANTAS, ESQ.
Bar No.: 0978124
PANTAS LAW FIRM, P.A.
250 N. Orange Avenue, 11th Floor
Orlando, Florida 32801
Tel.: (407) 425-5775
Fax: (407) 425-2778
E-Mail: Clerk@PantasLaw.com

---

[2] The Court issued an Order in *Jonathan McCormick, et al. v. Accredited Home Lenders*, 6:09-cv-69-Orl-28 GJK, requesting the parties to "show cause in writing within eleven (11) days from the date of this Order as to why this action should not be stayed pending completion of the pending bankruptcy matters." *Id* at (Doc. 12). However, that Order was not directed towards "an attorney's deficiency, oversight or incompetence." (Doc. 43, ¶ 1).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2009, I presented the foregoing to the Clerk of the court for filing and uploading to the CM/ECF system and a true and correct copy of the foregoing will be sent via electronic delivery to:

**Charles L. Scalise**
ROSS LAW, P.C.
1104 San Antonio Street
Austin, TX 78701-2109

**Carlos V. Leach**
Morgan & Morgan, PA
20 N Orange Ave - Ste 1600
PO Box 4979
Orlando, FL 32802-4979

**Richard Bernard Celler**
Morgan & Morgan, PA
Suite 230
7450 Griffin Rd
Davie, FL 33324

**Kelly Allyssha Amritt**
Morgan & Morgan, PA
Suite 230
7450 Griffin Rd
Davie, FL 33324

**Janet P. Ochoa**
Morgan & Morgan, PA
Suite 230
7450 Griffin Rd

Davie, FL 33324

**C. Ryan Morgan**
Morgan & Morgan, PA
20 N Orange Ave - Ste 1600
PO Box 4979
Orlando, FL 32802-4979

**Jay M. Yenor, III**
OFFICE OF CRIMINAL
CONFLICT & CIVIL
REGIONAL COUNSEL
151 Wymore Road,
Suite 100
Altamonte Springs, FL 32714

**Scott C. Adams**
LABAR & ADAMS, P.A.
112 E. Concord Street
Orlando, FL 32801-1308

*/s/ K.E. Pantas*
K.E. PANTAS, ESQ.